**Order entered October 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00648-CV

## CHARLES MARTIN, ET AL., Appellants

### V.

## FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-1201379-A**

## ORDER

We **GRANT** appellants' September 25, 2013 unopposed motion for an extension of time to file a reply brief. Appellants shall file their reply brief on or before October 10, 2013.

/s/     DAVID LEWIS
JUSTICE